AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MARC ROTENBERG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00903-TSC |
| POLITICO LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Politico LLC, Protocol Media LLC, Robert Allbritton, and Tim Grieve   .

Date:   05/04/2021

/s/ Chad R. Bowman
*Attorney's signature*

Chad R. Bowman (#484150)
*Printed name and bar number*
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
*Address*

bowmanchad@ballardspahr.com
*E-mail address*

(202) 508-1120
*Telephone number*

(202) 661-2299
*FAX number*