AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MARC ROTENBERG<br>*Plaintiff*<br>v.<br>POLITICO LLC, et al.<br>*Defendant* | ) ) ) ) ) ) | Case No.  1:21-cv-00903-TSC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Politico LLC, Protocol Media LLC, Robert Allbritton, and Tim Grieve   .

Date:  05/04/2021

/s/ Maxwell S. Mishkin
*Attorney's signature*

Maxwell S. Mishkin (#1031356)
*Printed name and bar number*
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006

*Address*

mishkinm@ballardspahr.com
*E-mail address*

(202) 508-1140
*Telephone number*

(202) 661-2299
*FAX number*