IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC ROTENBERG, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) Case No. 1:21-cv-00903 |
| POLITICO LLC, et al., | ) ) Hon. Judge Tanya S. Chutkan |
| *Defendants*. | ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS ROBERT ALLBRITTON AND TIM GRIEVE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Marc Rotenberg gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Robert Allbritton and Tim Grieve.

Dated: May 5, 2021

Respectfully submitted,

IFRAH PLLC

By: */s/ Jeff Ifrah*
A. Jeff Ifrah (D.C. Bar No. 456661)
E-mail: jeff@ifrahlaw.com
1717 Pennsylvania Ave., NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141

*Attorney for Plaintiff Marc Rotenberg*