IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC ROTENBERG,<br><br>        Plaintiff,<br><br>v.<br><br>POLITICO LLC, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00903-TSC |

## SECOND DECLARATION OF CHAO LIU

Chao Liu, pursuant to 28 U.S.C. § 1746, declares as follows:

I am the Chief Financial Officer of Allbritton LLC, the sole member of Protocol Media, LLC ("Protocol"). As part of my duties and responsibilities, I am familiar with the corporate structure of Protocol and the nature and scope of documents and information maintained by Protocol. I have obtained personal knowledge of the matters set forth herein through that position and based on Protocol's business records. If called as a witness, I can competently testify to the matters stated herein.

1. Protocol Media, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Arlington, Virginia. On May 5, 2021, Allbritton LLC was the sole member of Protocol Media, LLC. Allbritton LLC is a limited liability company organized under the laws of Delaware with its principal place of business in Arlington, Virginia. On May 5, 2021, the members of Allbritton LLC were:

    a. Perpetual Capital, LLC, a limited liability company organized under the laws of Delaware, whose members are Capitol News Company, LLC and Duncan Evans, a citizen of Virginia;

    b. Patrick Steel, a citizen of the District of Columbia;

    c. Cally Baute, a citizen of Maryland;

    d. Carrie Budoff Brown, a citizen of the District of Columbia;

    e. Brad Dayspring, a citizen of the District of Columbia;

    f. John Harris, a citizen of Virginia;

    g. Matt Kaminski, a citizen of the District of Columbia;

    h. Aaron Kissel, a citizen of the District of Columbia;

    i. Chao Liu, a citizen of Virginia;

    j. Blend Qatipi, a citizen of Virginia;

    k. Traci Schweikert, a citizen of Virginia; and

    l. Danica Stanciu, a citizen of the District of Columbia.

2. At present, Allbritton LLC is the sole member of Protocol Media, LLC and the members of Allbritton LLC are:

    a. Perpetual Capital, LLC, a limited liability company organized under the laws of Delaware, whose members are Capitol News Company, LLC and Duncan Evans, a citizen of Virginia;

    b. Patrick Steel, a citizen of the District of Columbia;

    c. Cally Baute, a citizen of Maryland;

    d. Carrie Budoff Brown, a citizen of the District of Columbia;

    e. Brad Dayspring, a citizen of the District of Columbia;

    f. Tim Grieve, a citizen of the District of Columbia;

    g. John Harris, a citizen of Virginia;

    h. Matt Kaminski, a citizen of the District of Columbia;

    i. Aaron Kissel, a citizen of the District of Columbia;

    j. Chao Liu, a citizen of Virginia;

    k. Blend Qatipi, a citizen of Virginia;

    l. Bennet Richardson, a citizen of Maryland;

    m. Traci Schweikert, a citizen of Virginia;

    n. Danica Stanciu, a citizen of the District of Columbia; and

    o. Tammy Wincup, a citizen of Maryland.

3. Capitol News Company, LLC is a limited liability company organized under the laws of Delaware. On May 5, 2021, and at present, its members are Robert L. Allbritton, a citizen of the District of Columbia, and the Robert Lewis Allbritton 1996 Trust, whose trustees are Robert L. Allbritton, Paul Bonner, a citizen of the District of Columbia and John R. Allender, a citizen of Texas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2021.

                                                                   Chao Liu