IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC ROTENBERG,<br><br>       Plaintiff,<br><br>v.<br><br>POLITICO LLC, et al.,<br><br>       Defendants. | Case No. 1:21-cv-903-TSC |

**PROPOSED ORDER**

Upon consideration of the Motion to Dismiss of Defendants POLITICO LLC and Protocol Media, LLC, any opposition thereto, and for good cause shown, it is hereby **ORDERED** that the Motion is granted and the case is **DISMISSED** for lack of jurisdiction.

**SO ORDERED** this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE