IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC ROTENBERG,

    *Plaintiff,*

v.

POLITICO LLC, and
PROTOCOL MEDIA, LLC

    *Defendants.*

Case No. 1:21-cv-00903-TSC

Hon. Judge Tanya S. Chutkan

## PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

Plaintiff Marc Rotenberg respectfully moves the Court to take judicial notice of the fact that defendant Politico has entered into an agreement to be acquired by the Berlin-based media company Axel Springer SE. *See Business Wire*, "Axel Springer to Acquire POLITICO" (Aug. 26, 2021), https://www.businesswire.com/news/home/20210826005451/en/Axel-Springer-to-Acquire-POLITICO. This fact is not in dispute and is relevant to both Plaintiff's opposition to Defendants' motion to dismiss and Plaintiff's motion for jurisdictional discovery. Fed. R. Evid. 201(b).

Attached as **Exhibit 1** is a press release, dated August 26, 2021, issued by Defendant Politico and Axel Springer, stating that Axel Springer had "signed an agreement to acquire POLITICO" and that "closing of the transaction is expected in Q4 2021."

Pursuant to Local Rule 7(c), a proposed order granting the relief requested in this motion is attached as **Exhibit 2**.

Pursuant to Local Rule 7(m), undersigned counsel certifies that he communicated with counsel for Defendants, who advised that Defendants oppose the relief requested in this motion.

1

Accordingly, Plaintiff respectfully requests that the Court take judicial notice of the press release described above. Fed. R. Evid. 201(c)(2).

Date: August 31, 2021

Respectfully submitted,

IFRAH PLLC

By: */s/ Jeff Ifrah*
A. Jeff Ifrah (D.C. Bar No. 456661)
Email: jeff@ifrahlaw.com
1717 Pennsylvania Ave. NW, Ste. 650
Washington, D.C. 20006
Telephone: (202) 524-4140
Fax: (202) 524-4141

*Attorney for Plaintiff Marc Rotenberg*