IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC ROTENBERG,<br><br>               Plaintiff,<br><br>v.<br><br>POLITICO LLC, et al.,<br><br>               Defendants. | Case No. 1:21-cv-903-TSC |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

Defendants POLITICO LLC and Protocol Media, LLC respectfully submit this Response to Plaintiff Marc Rotenberg's Motion for Judicial Notice, in which Plaintiff informs the Court that "Politico has entered into an agreement to be acquired by the Berlin-based media company Axel Springer SE," and that "closing of the transaction is expected in Q4 2021." Dkt. 19 at 1. That is true. But Plaintiff also claims that this news "is relevant to both [his] opposition to Defendants' motion to dismiss and [his] motion for jurisdictional discovery." *Id.* That is false.

Events scheduled to occur later this year cannot possibly bear on Defendants' motion to dismiss for lack of jurisdiction or Plaintiff's motion for jurisdictional discovery because, in determining whether diversity jurisdiction exists, "[c]itizenship is measured as of the time the plaintiff files the complaint." *CostCommand, LLC v. WH Adm'rs, Inc.*, 820 F.3d 19, 21 (D.C. Cir. 2016); *see also* Ex. A (undersigned counsel's response to Plaintiff's counsel pursuant to Local Rule 7(m), quoting same). On April 2, 2021, when Plaintiff filed his Complaint here, Plaintiff and Defendants were each citizens of the District of Columbia. *See* Mot. to Dismiss at 3-4, Dkt. 12; Reply in Supp. of Mot. to Dismiss at 1-3, Dkt. 14. The Court should therefore dismiss this case for lack of jurisdiction and deny Plaintiff's baseless request for discovery.

Dated:  September 9, 2021            Respectfully submitted,

                                                BALLARD SPAHR LLP

                                                /s/ *Chad R. Bowman*
                                                Chad R. Bowman (D.C. Bar No. 484150)
                                                Maxwell S. Mishkin (D.C. Bar No. 1031356)
                                                1909 K Street NW, 12th Floor
                                                Washington, DC 20006
                                                Telephone: (202) 661-2200
                                                Fax: (202) 661-2299
                                                bowmanchad@ballardspahr.com
                                                mishkinm@ballardspahr.com

                                                *Counsel for Defendants*