# Exhibit A

**Mishkin, Maxwell S. (DC)**

| | |
|---|---|
| **From:** | Bowman, Chad R. (DC) |
| **Sent:** | Monday, August 30, 2021 4:43 PM |
| **To:** | Jake Grubman |
| **Cc:** | Jeff Ifrah; Mishkin, Maxwell S. (DC) |
| **Subject:** | RE: Rotenberg v. Politico |

Jake,

For the reasons set forth in my e-mail on Friday in the thread below, Politico opposes your motion.

Chad

---

**From:** Jake Grubman <jgrubman@ifrahlaw.com>
**Sent:** Monday, August 30, 2021 4:23 PM
**To:** Bowman, Chad R. (DC) <BowmanChad@ballardspahr.com>
**Cc:** Jeff Ifrah <jeff@ifrahlaw.com>; Mishkin, Maxwell S. (DC) <MishkinM@ballardspahr.com>
**Subject:** RE: Rotenberg v. Politico

⚠ **EXTERNAL**

Mr. Bowman and Mr. Mishkin:

Thank you for your response on Friday. With that in mind, we plan to file a motion for judicial notice of the fact that Politico has entered into an agreement to be acquired by Axel Springer. Pursuant to Local Rule 7(m), please confirm whether you oppose such a motion.

All the best,
Jake

**Jake Grubman**
Associate (he/him/his)
P  (202) 524-4149
C  (224) 355-7773
E  jgrubman@ifrahlaw.com

---

**From:** Bowman, Chad R. <BowmanChad@ballardspahr.com>
**Sent:** Friday, August 27, 2021 12:36 PM
**To:** Jake Grubman <jgrubman@ifrahlaw.com>
**Cc:** Jeff Ifrah <jeff@ifrahlaw.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: Rotenberg v. Politico

Mr. Grubman,

We disagree with your claim that news reports about the expected sale of Politico "would change the analysis" for the pending jurisdictional motions in the Rotenberg lawsuit. As our briefing expressly notes, under controlling law "[c]itizenship is measured as of the time the plaintiff files the complaint." *CostCommand, LLC v. WH Adm'rs, Inc.*, 820

1

F.3d 19, 21 (D.C. Cir. 2016) (cited by Defendants' Reply, ECF Dkt. 14, at 4). Nothing that may happen in the coming months regarding the ownership of Politico changes the undisputed evidence in the record regarding citizenship at the time when the Complaint was filed. (FYI, the sale is also not yet complete. My understanding is that the reported transaction is likely to close sometime in the fourth quarter of 2021.)

Because a future sale is wholly irrelevant to the legal issues pending before the Court, we decline your request to "notify Judge Chutkan of this development." We also, for the reasons previously stated in Defendants' Reply, oppose any renewed request for discovery on this basis.

Regards,

**Chad R. Bowman**
**(he/him/his)**

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.508.1120 DIRECT
202.661.2299 FAX

bowmanchad@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Jake Grubman <jgrubman@ifrahlaw.com>
**Sent:** Thursday, August 26, 2021 5:38 PM
**To:** Bowman, Chad R. (DC) <BowmanChad@ballardspahr.com>; Mishkin, Maxwell S. (DC) <MishkinM@ballardspahr.com>
**Cc:** Jeff Ifrah <jeff@ifrahlaw.com>
**Subject:** Rotenberg v. Politico

⚠ **EXTERNAL**

Dear Mr. Bowman and Mr. Mishkin:

I'm writing to you today regarding the reported sale of Politico to the German publishing company Axel Springer SE. As you know, Politico's pending motion to dismiss relies on the representation that some of the owners are residents of the same jurisdiction as Marc. Of course, the sale of Politico to Axel Springer, a Berlin-based company, would change the analysis.

Accordingly, I'm writing to ask whether you intend to notify Judge Chutkan of this development and its implications for the pending motions. If not, we will file supplemental materials alerting the Court of the sale and seeking additional discovery that would allow us to understand the timeline of Politico's sale in relation to its filings on this issue.

Given that Judge Chutkan's decision is forthcoming, I expect to hear back from you by the end of the day tomorrow (August 27). If you prefer to discuss over the phone, you can call me at (224) 355-7773.

Sincerely,
Jake Grubman



**Jake Grubman**
Associate (he/him/his)
P  (202) 524-4149
C  (224) 355-7773
E  jgrubman@ifrahlaw.com

1717 Pennsylvania Ave, N.W.
Suite 650
Washington, DC 20006

3